```
IN THE UNITED STATES DISTRICT COURT
     MIDDLE DISTRICT OF TENNESSEE
          NASHVILLE DIVISION
```

| | |
|---|---|
| IBRAHIM HATEM AHMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | NO. 3:11-0084 |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY ) | Judge Haynes/Bryant |
| CITIZENSHIP AND IMMIGRATION ) | |
| SERVICES, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

Petitioner Ahmed has filed his petition for a hearing on his naturalization application (Docket Entry No. 4). This petition fails to contain a certificate of service as required by Local Rule 5.01.

Counsel for petitioner shall refile this petition to include a certificate in compliance with the local rule.

It is so **ORDERED**.

                                           s/ John S. Bryant
                                           JOHN S. BRYANT
                                           United States Magistrate Judge