IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
IBRAHIM HATEM AHMED,            )
                                )
     Plaintiff,                 )
                                )
     v.                         )  NO. 3:11-0084
                                )
DEPARTMENT OF HOMELAND SECURITY )  Judge Haynes/Bryant
CITIZENSHIP AND IMMIGRATION     )
SERVICES,                       )
                                )
     Defendant.                 )
```

## **O R D E R**

Plaintiff Ahmed has filed his motion to dismiss his complaint voluntarily on grounds of mootness inasmuch as the relief he seeks, naturalization as a United States citizen, has now been granted.

The undersigned Magistrate Judge directs the Clerk to deliver this file to the District Judge for consideration of plaintiff's motion.

It is so **ORDERED**.

                    s/ John S. Bryant
                    JOHN S. BRYANT
                    United States Magistrate Judge