IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IBRAHIM HATEM AHMED, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:11CV-0084 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| DEPT. OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Plaintiff's motion to dismiss (Docket Entry No. 14) is **GRANTED** and this action is **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___10th___ day of June, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge